**CENTER FOR BIOLOGICAL DIVERSITY; Grand Canyon Trust; Sierra Club; Kaibab Band of Paiute Indians; Havasupai Tribe, Plaintiffs–Appellants,**

v.

**Ken SALAZAR, Secretary of the Interior; United States Bureau of Land Management, Defendants–Appellees,**

**Denison Mines (USA) Corp.; Denison Arizona Strip, LLC, Intervenor–Defendants–Appellees.**

No. 10–16513.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 14, 2011.

Filed May 6, 2011.

Amy Rae Atwood, Senior, Portland, OR, Roger Flynn, Western Mining Action Project, Lyons, CO, Neil Levine, Denver, CO, for Plaintiffs–Appellants.

Mark R. Haag, Esquire, David C. Shilton, Michael D. Thorp, Tyler Guy Welti, DOJ–U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Bradley J. Glass, Michael Kevin Kennedy, Esquire, Gallagher & Kennedy, P.A., Phoenix, AZ, for Intervenor–Defendants–Appellees.

Before: HUG, SCHROEDER, and RAWLINSON, Circuit Judges.

MEMORANDUM *

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

In this interlocutory appeal, Appellants challenge the district court's denial of their motion for a preliminary injunction. Reviewing for abuse of discretion, *see Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir.2011), we affirm for the reasons stated by the district court judge. Appellants failed to raise serious questions on the merits of their claims of violations of the National Environmental Policy Act, 42 U.S.C. § 4321, et seq. and the Federal Land Policy Management Act, 43 U.S.C. § 1701 et seq. *See id.* at 1132.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.